UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Magistrate No. 20-00070 (GMH) |
| : | |
| ALEXANDER ALAZO, : | |
| : | |
| **Defendant.** : | |

## NOTICE OF DISCOVERY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the discovery correspondence attached as Exhibit A be made a part of the record in the above-captioned case.

                  Respectfully submitted,

                  MICHAEL R. SHERWIN
                  ACTING UNITED STATES ATTORNEY
                  N.Y. Bar No. 4444188

                  By: /s/ *Jason McCullough*
                  JASON B.A. MCCULLOUGH
                  DC Bar No. 998006; NY Bar No. 4544953
                  STUART D. ALLEN
                  D.C. Bar No. 1005102
                  Assistant United States Attorneys
                  NICOLE S. HUTCHINSON
                  California Bar No. 281524
                  Special Assistant United States Attorney

                  555 Fourth Street, N.W., Eleventh Floor
                  Washington, D.C. 20530
                  (202) 252-7233 (McCullough)
                  (202) 252-7794 (Allen)
                  (202) 803-1670 (Hutchinson)
                  jason.mccullough2@usdoj.gov
                  stuart.allen@usdoj.gov
                  nicole.hutchinson@usdoj.gov

Dated: June 4, 2020

# Exhibit A



U.S. Department of Justice

Michael R. Sherwin
Acting United States Attorney

*District of Columbia*

---

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

June 4, 2020

***Via Email and Electronic File Transfer***

Tony Miles, Esq.
Assistant Federal Public Defender
Federal Public Defender for the District of Columbia
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
Tony_Miles@fd.org

                        Re:     <u>*United States v. Alexander Alazo*</u>, Cr. No. 20-mj-70 (GMH)

Dear Mr. Miles:

       I write to provide you with additional discovery in the above-referenced case pursuant to Rule 16 of the Federal Rules of Criminal Procedure. Specifically, the government has made available certain media (e.g., photographs) depicting the crime scene and evidence collected during the investigation, as described further below:

- 190 items in a folder named *Childs Scene*, which includes files named _CJC0001.JPG - _CJC0190.JPG;

- 51 items in a folder named *Hadzima Scene and Processing*, which includes files named _HAD1435.JPG - _HAD1485.JPG;

- 73 items in a folder named *Padula Firearm Processing*, which includes files named _EP06102 - _EP06174;

- 163 items in a folder named *Padula Processing Room*, which includes files named __EP06175.JPG - _EP06337.JPG;

- 278 items[1] in a folder named *Padula Scene*, which includes files named _EP05822 - _EP06101;
- 10 items in a folder named *Pikemuccini Drug Photos*, which includes files named _YAP9591.JPG - _YAP9600.JPG;
- 60 items in a folder named *Pikemuccini Processing Room*, which includes files named _YAP9601.JPG - _YAP9660.JPG; and
- 10 items in a folder named *Video Snapshots*, which includes files named 1 vlcsnap-2020-05-02-10h43m40s892.png – 10 vlcsnap-2020-05-02-10h43m40s892.png.

The materials described herein have been made available for download on USAfx. Please keep in mind that all of the items placed in the USAfx case-folder will be deleted automatically – some in as few as 60 days. Please let me know immediately if you have been unable to access and download the materials for your use in this case.

## I. Government's Discovery Requests

The government hereby reiterates its reverse discovery request pursuant to Fed. R. Crim. P. 16(b), including, but not limited to the following:

(1) notice of documents and tangible objects the defendant expects to introduce;
(2) a Jencks request for all prior statements of any defense witness (excluding the defendant);
(3) a Lewis request (for which we request the name, date of birth, sex, and social security number of each defense witness prior to trial); and
(4) a request for information pertaining to any expert or scientific testimony or evidence.

Pursuant to Fed. R. Crim. P. 16, the government notes its continuing request to receive any material pursuant to Rule 16(b) as the case proceeds.

## II. RULE 404(b) EVIDENCE

The government may seek to admit evidence pursuant to Federal Rule of Evidence 404(b). In the event that the government seeks to introduce such evidence at trial, an appropriate notice or motion will be filed.

## III. Other Information (Brady / Lewis / Giglio)

The government is aware of its *Brady* or *Giglio* obligations. If such information does exist with respect to any confidential informant(s), it will be disclosed at the appropriate time. *Lewis*

---

[1] Two images—with file names: _EPO5997 and _EPO5998—have been withheld pending the entry of a Protective Order concerning certain law enforcement sensitive and personal identifying information. A proposed Protective Order was provided to you by email earlier today.

3

information for the government's witnesses will be provided to you at the time of trial.

     We understand that our discovery obligations are ongoing and intend to supplement our disclosures on a rolling basis.  If you have any questions, please do not hesitate to contact us.

          Sincerely,

          MICHAEL R. SHERWIN
          ACTING UNITED STATES ATTORNEY

By:     /s/
          Jason B.A. McCullough
          Assistant United States Attorney

Enclosures via file transfer