# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Magistrate No. 20-00070 (GMH)** |
| | : | |
| **ALEXANDER ALAZO,** | : | |
| | : | |
| **Defendant.** | : | |

## STATUS REPORT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this status report, in accordance with Paragraph 8 of Standing Order No. 20-29 issued by Chief Judge Beryl A. Howell, entitled *In Re: Further Extension of Postponed Court Proceedings in Standing Order 20-9 and Limiting Court Operations in Exigent Circumstances Created by the COVID-19 Pandemic*. Standing Order No. 20-29 (BAH) (May 26, 2020).

1. On April 30, 2020, the defendant, Alexander Alazo, was charged by way of complaint with violations of 18 U.S.C. § 112(a) (violent attack on a foreign official or premises using a deadly or dangerous weapon, or attempt to do the same), 18 U.S.C. § 924(b) (interstate transportation of a firearm and ammunition with intent to commit a felony), and 18 U.S.C. § 970(a) (willfully injuring or damaging property belonging to or occupied by a foreign government in the United States). Also on April 30, 2020, the defendant made his initial appearance. During the proceedings, the government requested pretrial detention pursuant to the Bail Reform Act, 18 U.S.C. § 3142(f)(1)(A). The government's request was granted, and a detention hearing was set for May 4, 2020.

2. On May 4, 2020, the Court conducted a detention hearing, and the Court granted the government's motion for the defendant's pretrial detention. On May 12, 2020, the Court issued

an *Order of Detention Pending Trial*, which included findings of fact and a written statement of the reasons for detention. See ECF No. 8.

3. On May 14, 2020, the Court conducted a preliminary hearing. The Court determined that probable cause had been established by the government and ordered the continued detention of the defendant.

4. The government continues to produce discovery to the defendant. Specifically, the government produced discovery on May 8, 11, 12, 13, and 14, 2020, as well as June 4 and 17, 2020. *See* ECF Nos. 7 and 12. Such discovery produced to date includes approximately 136 pages of documents and over 800 multimedia files (*e.g.*, image and video files).

5. On June 4, 2020, the government sent counsel for the defendant a proposed protective order to allow for the production of materials that may contain personally identifiable information and law enforcement sensitive information. As of this filing, the government has not received a response from defendant concerning the defendant's position.

6. In accordance with Standing Order 20-29, the government hereby advises this Honorable Court that, unless the parties are able to resolve the matter before such time, the government intends to seek the return of an indictment in this case once the requisite quorum of grand jurors can be assembled and time with the grand jury can be scheduled.

7. In accordance with Standing Order 20-29, the government intends to file a further status report on or before July 3, 2020.

        Respectfully submitted,
        MICHAEL R. SHERWIN
        ACTING UNITED STATES ATTORNEY
        NY Bar No. 4444188

        By: /s/ *Jason McCullough*
        JASON B.A. MCCULLOUGH

DC Bar No. 998006; NY Bar No. 4544953
STUART D. ALLEN
DC Bar No. 1005102
Assistant United States Attorneys
NICOLE S. HUTCHINSON
CA Bar No. 281524
Special Assistant United States Attorney
555 Fourth Street, N.W., Eleventh Floor
Washington, D.C. 20530
(202) 252-7233 (McCullough)
(202) 252-7794 (Allen)
(202) 803-1670 (Hutchinson)
jason.mccullough2@usdoj.gov
stuart.allen@usdoj.gov
nicole.hutchinson@usdoj.gov

Dated: June 19, 2020